IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | MJ 19-67-M-KLD |
|---|---|
| 521 Philips Street, Missoula, Montana 59802 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 30th day of October, 2019

_____
Kathleen L. DeSoto
United States Magistrate Judge

1